| AWARD/CONTRACT | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) | | RATING DO-C9 | PAGE OF PAGES 1    37 |
|---|---|---|---|---|

| 2. CONTRACT (Proc. Inst. Ident.) NO. W911QY-06-D-0005 | 3. EFFECTIVE DATE 16 Aug 2006 | 4. REQUISITION/PURCHASE REQUEST/PROJECT NO. |
|---|---|---|

| 5. ISSUED BY | CODE | W911QY | 6. ADMINISTERED BY (If other than Item 5) | CODE | S3303A |
|---|---|---|---|---|---|
| NATICK CONTRACTING DIVISION ATTN: AMSRD-ACC-N BUILDING 1, KANSAS STREET NATICK MA 01760-5011 | | | DCMA DAYTON AREA C, BUILDING 30 WRIGHT-PATTERSON AFB OH 45433-5302 | | |

| 7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, state and zip code) | 8. DELIVERY |
|---|---|
| RABINTEX USA LLC 20 SISAL STREET NEWARK OH 43055-5891 | [  ] FOB ORIGIN    [ X ] OTHER (See below) |
| | 9. DISCOUNT FOR PROMPT PAYMENT |
| | 00 Days - 000%; Net 30 Days |
| | 10. SUBMIT INVOICES    1    ITEM |
| | (4 copies unless otherwise specified)    Block 6 |
| | TO THE ADDRESS |
| | SHOWN IN: |
| CODE 359A5 | FACILITY CODE |

| 11. SHIP TO/MARK FOR | CODE | 12. PAYMENT WILL BE MADE BY | CODE | H00337 |
|---|---|---|---|---|
| See Schedule | | DFAS COLUMBUS CENTER NORTH PO BOX 182266 COLUMBUS OH 43218-2266 | | |

| 13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: [  ] 10 U.S.C. 2304(c)(    )  [  ] 41 U.S.C. 253(c)(    ) | 14. ACCOUNTING AND APPROPRIATION DATA |
|---|---|

| 15A. ITEM NO. | 15B. SUPPLIES/ SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

|  |  |  | 15G. TOTAL AMOUNT OF CONTRACT | $50,000.00 |
|---|---|---|---|---|

## 16. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | **PART I - THE SCHEDULE** | | | | **PART II - CONTRACT CLAUSES** | |
| X | A | SOLICITATION/ CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 22 - 36 |
| X | B | SUPPLIES OR SERVICES AND PRICES/ COSTS | 2 - 6 | | | **PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS** | |
| X | C | DESCRIPTION/ SPECS/ WORK STATEMENT | 7 - 14 | X | J | LIST OF ATTACHMENTS | 37 |
| X | D | PACKAGING AND MARKING | 15 | | | **PART IV - REPRESENTATIONS AND INSTRUCTIONS** | |
| X | E | INSPECTION AND ACCEPTANCE | 16 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 17 - 18 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 19 - 20 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 21 | | M | EVALUATION FACTORS FOR AWARD | |

### CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

| 17. [ X ] CONTRACTOR'S NEGOTIATED AGREEMENT  Contractor is required to sign this document and return _____ copies to issuing office.)  Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.) | 18. [  ] AWARD (Contractor is not required to sign this document.)  Your offer on Solicitation Number _____ REF: W911QY-05-R-0002-0004 including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary. |
|---|---|

| 19A. NAME AND TITLE OF SIGNER (Type or print) LAWRENCE J. DICKSON, PRESIDENT | 20A. NAME AND TITLE OF CONTRACTING OFFICER |
|---|---|
| | TEL: SUB-7353    EMAIL: |
| 19B. NAME OF CONTRACTOR | 20B. UNITED STATES OF AMERICA | 20C. DATE SIGNED |
| BY _____ (Signature of person authorized to sign)    19C. DATE SIGNED  8-17-06 | BY _____ (Signature of Contracting Officer)    8/21/06 |

COPY

Section I - Contract Clauses

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.202-1 | Definitions | JUL 2004 |
| 52.203-3 | Gratuities | APR 1984 |
| 52.203-5 | Covenant Against Contingent Fees | APR 1984 |
| 52.203-6 | Restrictions On Subcontractor Sales To The Government | JUL 1995 |
| 52.203-7 | Anti-Kickback Procedures | JUL 1995 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | JAN 1997 |
| 52.203-10 | Price Or Fee Adjustment For Illegal Or Improper Activity | JAN 1997 |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | SEP 2005 |
| 52.204-4 | Printed or Copied Double-Sided on Recycled Paper | AUG 2000 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | JAN 2005 |
| 52.211-5 | Material Requirements | AUG 2000 |
| 52.211-15 | Defense Priority And Allocation Requirements | SEP 1990 |
| 52.215-2 | Audit and Records--Negotiation | JUN 1999 |
| 52.215-8 | Order of Precedence--Uniform Contract Format | OCT 1997 |
| 52.215-11 | Price Reduction for Defective Cost or Pricing Data--Modifications | OCT 1997 |
| 52.215-13 | Subcontractor Cost or Pricing Data--Modifications | OCT 1997 |
| 52.215-14 | Integrity of Unit Prices | OCT 1997 |
| 52.215-21 | Requirements for Cost or Pricing Data or Information Other Than Cost or Pricing Data--Modifications | OCT 1997 |
| 52.216-18 | Ordering | OCT 1995 |
| 52.222-1 | Notice To The Government Of Labor Disputes | FEB 1997 |
| 52.222-19 | Child Labor -- Cooperation with Authorities and Remedies | JUN 2004 |
| 52.222-20 | Walsh-Healey Public Contracts Act | DEC 1996 |
| 52.222-21 | Prohibition Of Segregated Facilities | FEB 1999 |
| 52.222-26 | Equal Opportunity | APR 2002 |
| 52.222-35 | Equal Opportunity For Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans | DEC 2001 |
| 52.222-36 | Affirmative Action For Workers With Disabilities | JUN 1998 |
| 52.222-37 | Employment Reports On Special Disabled Veterans, Veterans Of The Vietnam Era, and Other Eligible Veterans | DEC 2001 |
| 52.223-6 | Drug-Free Workplace | MAY 2001 |
| 52.223-13 | Certification of Toxic Chemical Release Reporting | AUG 2003 |
| 52.223-14 | Toxic Chemical Release Reporting | AUG 2003 |
| 52.225-8 | Duty-Free Entry | FEB 2000 |
| 52.225-13 (Deviation) | Restrictions on Certain Foreign Purchases | JUN 2003 |
| 52.225-16 | Sanctioned European Union Country Services | FEB 2000 |
| 52.227-1 | Authorization and Consent | JUL 1995 |
| 52.227-2 | Notice And Assistance Regarding Patent And Copyright Infringement | AUG 1996 |
| 52.227-3 | Patent Indemnity | APR 1984 |
| 52.229-3 | Federal, State And Local Taxes | APR 2003 |
| 52.230-2 | Cost Accounting Standards | APR 1998 |
| 52.232-1 | Payments | APR 1984 |

| SOLICITATION, OFFER AND AWARD | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | | RATING DO-C9 | PAGE 1 | OF | PAGES 62 |
|---|---|---|---|---|---|---|

| 2. CONTRACT NO. | 3. SOLICITATION NO. W911QY-05-R-0002 | 4. TYPE OF SOLICITATION [ ] SEALED BID (IFB) [ X ] NEGOTIATED (RFP) | 5. DATE ISSUED 13 Jan 2005 | 6. REQUISITION/PURCHASE NO. W91A2K-4342-1002 | | |
|---|---|---|---|---|---|---|

| 7. ISSUED BY | CODE | W911QY | 8. ADDRESS OFFER TO | (If other than Item 7) | CODE | |
|---|---|---|---|---|---|---|
| NATICK CONTRACTING DIVISION ATTN: AMSRD-ACC-N BUILDING 1, KANSAS STREET NATICK MA 01760-5011 TEL: FAX: | | | See Item 7 TEL: FAX: | | | |

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder"

## SOLICITATION

| 9. Sealed offers in original and ___3___ copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in | N/A | until 03:30 PM local time (Hour) | 14 Feb 2005 (Date) |
|---|---|---|---|

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | A. NAME SEAN P. MURPHY | B. TELEPHONE (Include area code) (NO COLLECT CALLS) (508) 233-6255 | C. E-MAIL ADDRESS sean.murphy@natick.army.mil |
|---|---|---|---|

### 11. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | **PART I - THE SCHEDULE** | | | | **PART II - CONTRACT CLAUSES** | |
| X | A | SOLICITATION/ CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 20 - 34 |
| X | B | SUPPLIES OR SERVICES AND PRICES/ COSTS | 2 - 6 | | | **PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS** | |
| X | C | DESCRIPTION/ SPECS./ WORK STATEMENT | 7 - 13 | X | J | LIST OF ATTACHMENTS | 35 |
| X | D | PACKAGING AND MARKING | 14 | | | **PART IV - REPRESENTATIONS AND INSTRUCTIONS** | |
| X | E | INSPECTION AND ACCEPTANCE | 15 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 36 - 45 |
| X | F | DELIVERIES OR PERFORMANCE | 16 - 17 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 18 - 19 | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 46 - 55 |
| | H | SPECIAL CONTRACT REQUIREMENTS | | X | M | EVALUATION FACTORS FOR AWARD | 56 - 62 |

### OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

| 12. In compliance with the above, the undersigned agrees, if this offer is accepted within _____ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule. |
|---|

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8) | | | | | |
|---|---|---|---|---|---|

| 14. ACKNOWLEDGMENT OF AMENDMENTS The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated): | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|

| 15A. NAME AND ADDRESS OF OFFEROR | CODE | | FACILITY | | 16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print) |
|---|---|---|---|---|---|

| 15B. TELEPHONE NO (Include area code) | 15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE. | 17. SIGNATURE | 18. OFFER DATE |
|---|---|---|---|

### AWARD (To be completed by Government)

| 19. ACCEPTED AS TO ITEMS NUMBERED | 20. AMOUNT | 21. ACCOUNTING AND APPROPRIATION |
|---|---|---|

| 22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: [ ] 10 U.S.C. 2304(c)( ) [ ] 41 U.S.C. 253(c)( ) | 23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) | ITEM |
|---|---|---|

| 24. ADMINISTERED BY (If other than Item 7) | CODE | 25. PAYMENT WILL BE MADE BY | CODE |
|---|---|---|---|

| 26. NAME OF CONTRACTING OFFICER (Type or print) TEL: EMAIL: | 27. UNITED STATES OF AMERICA (Signature of Contracting Officer) | 28. AWARD DATE |
|---|---|---|

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

Previous Edition is Unusable     33-134     STANDARD FORM 33 (REV. 9-97) Prescribed by GSA FAR (48 CFR) 53.214(c)



Section I - Contract Clauses

CLAUSES INCORPORATED BY REFERENCE

| 52.202-1 | Definitions | JUL 2004 |
|---|---|---|
| 52.203-3 | Gratuities | APR 1984 |
| 52.203-5 | Covenant Against Contingent Fees | APR 1984 |
| 52.203-6 | Restrictions On Subcontractor Sales To The Government | JUL 1995 |
| 52.203-7 | Anti-Kickback Procedures | JUL 1995 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | JAN 1997 |
| 52.203-10 | Price Or Fee Adjustment For Illegal Or Improper Activity | JAN 1997 |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | JUN 2003 |
| 52.204-4 | Printed or Copied Double-Sided on Recycled Paper | AUG 2000 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | JUL 1995 |
| 52.211-5 | Material Requirements | AUG 2000 |
| 52.215-2 | Audit and Records--Negotiation | JUN 1999 |
| 52.215-8 | Order of Precedence--Uniform Contract Format | OCT 1997 |
| 52.215-11 | Price Reduction for Defective Cost or Pricing Data-- Modifications | OCT 1997 |
| 52.215-13 | Subcontractor Cost or Pricing Data--Modifications | OCT 1997 |
| 52.215-14 | Integrity of Unit Prices | OCT 1997 |
| 52.215-21 | Requirements for Cost or Pricing Data or Information Other Than Cost or Pricing Data--Modifications | OCT 1997 |
| 52.216-18 | Ordering | OCT 1995 |
| 52.219-8 | Utilization of Small Business Concerns | MAY 2004 |
| 52.219-9 | Small Business Subcontracting Plan | JAN 2002 |
| 52.219-14 | Limitations On Subcontracting | DEC 1996 |
| 52.219-16 | Liquidated Damages-Subcontracting Plan | JAN 1999 |
| 52.222-1 | Notice To The Government Of Labor Disputes | FEB 1997 |
| 52.222-19 | Child Labor -- Cooperation with Authorities and Remedies | JUN 2004 |
| 52.222-20 | Walsh-Healey Public Contracts Act | DEC 1996 |
| 52.222-21 | Prohibition Of Segregated Facilities | FEB 1999 |
| 52.222-26 | Equal Opportunity | APR 2002 |
| 52.222-35 | Equal Opportunity For Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans | DEC 2001 |
| 52.222-36 | Affirmative Action For Workers With Disabilities | JUN 1998 |
| 52.222-37 | Employment Reports On Special Disabled Veterans, Veterans Of The Vietnam Era, and Other Eligible Veterans | DEC 2001 |
| 52.223-4 | Recovered Material Certification | OCT 1997 |
| 52.223-14 | Toxic Chemical Release Reporting | AUG 2003 |
| 52.225-8 | Duty-Free Entry | FEB 2000 |
| 52.227-1 | Authorization and Consent | JUL 1995 |
| 52.227-2 | Notice And Assistance Regarding Patent And Copyright Infringement | AUG 1996 |
| 52.227-3 | Patent Indemnity | APR 1984 |
| 52.229-3 | Federal, State And Local Taxes | APR 2003 |
| 52.230-2 | Cost Accounting Standards | APR 1998 |
| 52.232-1 | Payments | APR 1984 |
| 52.232-8 | Discounts For Prompt Payment | FEB 2002 |

# ORDER FOR SUPPLIES OR SERVICES

| CONTRACT/PURCH ORDER/AGREEMENT NO. | 2. DELIVERY ORDER/CALL NO. | 3. DATE OF ORDER/CALL (YYYYMMDD) | 4. REQUISITION/PURCH REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| SP0100-06-D-4088 | 0001 | 2006 Mar 03 | | DOC-9 |

**ISSUED BY**    CODE    SP0100

DEFENSE SUPPLY CTR. PHILA.
700 ROBBINS AVE., BLDG. 6/C&T/COES
PHILA, PA 19111
BUYER: MIKE SPINELLI / 215.737.8105

**7. ADMINISTERED BY (If other than 6)**    CODE    S2404A

DCMC BALTIMORE
ATTN: CHESAPEAKE
217 E. RED WOOD ST., SUITE 1800
BALTIMORE, MD 21202-8299

**8. DELIVERY FOB**
[X] DESTINATION
[ ] OTHER *(See Schedule if other)*

**9. CONTRACTOR**    CODE    90142    FACILITY

**NAME AND ADDRESS**
UNICOR, FPI
ELECTRONICS MFG. & PLASTICS PROGRAM
320 1ST ST., NW
WASHINGTON, DC 20534

**10. DELIVER TO FOB POINT BY (Date) (YYYYMMDD)**
SEE PG. 2

**11. X IF BUSINESS IS**
[ ] SMALL
[ ] SMALL DISAD-VANTAGED
[ ] WOMEN-OWNED

**12. DISCOUNT TERMS**
NET 30

**13. MAIL INVOICES TO THE ADDRESS IN BLOCK**
SEE BLK 15

| 14. SHIP TO    CODE | 15. PAYMENT WILL BE MADE BY    CODE    SC0100 | MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2. |
|---|---|---|
| SEE PG. 2 | DFAS COLUMBUS CTR. ATTN: DFAS-CO-FVSCBA PO BOX 182317 COLUMBUS, OH 43218-6248 | |

**16. TYPE OF ORDER**

DELIVERY/CALL [X] This delivery order/call is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract.

PURCHASE [ ] Reference your _____ furnish the following on terms specified herein. ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMDD) |
|---|---|---|---|

If this box is marked, supplier must sign Acceptance and return the following number of copies:

**17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE**

  : 97X4930 5CT0 001 26.0 S33150
  5: 97X4930 5CT0 001 22.1 S33150

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICES | 20. QUANTITY ORDERED/ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| 0001-0006 | PASGT HELMET | 42,000.0000 | EA | $131.74000 | $5,533,080.00 |

*If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.

**24. UNITED STATES OF AMERICA**
BY: DANIEL PRICE
CONTRACTING/ORDERING OFFICER

| 25. TOTAL | $5,533,080.00 |
|---|---|
| 26. DIFFERENCES | |

**27a. QUANTITY IN COLUMN 20 HAS BEEN**
[ ] INSPECTED [ ] RECEIVED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED:

b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE

c. DATE (YYYYMMDD)

d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE

e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE

| 28. SHIP. NO. | 29. D.O. VOUCHER NO. | 30. INITIALS |
|---|---|---|
| PARTIAL | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR |
| FINAL | | |

f. TELEPHONE NUMBER    g. E-MAIL ADDRESS

| 31. PAYMENT | | 34. CHECK NUMBER |
|---|---|---|
| COMPLETE | | |

I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT.

DATE (YYMMDD)    b. SIGNATURE AND TITLE OF CERTIFYING OFFICER

| PARTIAL | 35. BILL OF LADING NO. |
|---|---|
| FINAL | |

| 37. RECEIVED AT | 38. RECEIVED BY (Print) | 39. DATE RECEIVED (YYYYMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NUMBER | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|

**DD FORM 1155, DEC 2001**      PREVIOUS EDITION IS OBSOLETE.

[ ] 52.222-3 CONVICT LABOR (JUN 2003)

[X] 52.222-19 CHILD LABOR – COOPERATION WITH AUTHORITIES AND REMEDIES (JAN 2006)

[X] 52.222-20 WALSH-HEALEY PUBLIC CONTRACTS ACT (DEC 1996)

[X] 52.222-21 PROHIBITION OF SEGREGATED FACILITIES (FEB 1999)

[X] 52.222-26 EQUAL OPPORTUNITY (APR 2002)

[X] 52.222-29 NOTIFICATION OF VISA DENIAL (JUN 2003)

[X] 52.222-35 EQUAL OPPORTUNITY FOR SPECIAL DISABLED VETERANS, VETERANS OF THE VIETNAM ERA, AND OTHER ELIGIBLE VETERANS (DEC 2001)

[X] 52.222-36 AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES (JUN 1998)

[X] 52.222-37 EMPLOYMENT REPORTS ON DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (DEC 2001)

[X] 52.222-38 COMPLIANCE WITH VETERANS' EMPLOYMENT REPORTING REQUIREMENTS (DEC 2001)

[X] 52.222-39 NOTIFICATION OF EMPLOYEE RIGHTS CONCERNING PAYMENT OF UNION DUES OR FEES (DEC 2004)

[X] 52.223-6 DRUG-FREE WORKPLACE (MAY 2001)

[ ] 52.223-9 ESTIMATE OF PERCENTAGE OF RECOVERED MATERIAL CONTENT FOR EPA-DESEGNATED PRODUCTS (AUG 2000)

OR

[ ] 52.223-9 ESTIMATE OF PERCENTAGE OF RECOVERED MATERIAL CONTENT FOR EPA-DESEGNATED PRODUCTS (AUG 2000) ALTERNATE I (APR 1996)

[ ] 52.223-14 TOXIC CHEMICAL RELEASE REPORTING (AUG 2003)

[ ] 52.227-1 AUTHORIZATION AND CONSENT (JUL 1995)

[ ] 52.227-2 NOTICE AND ASSISTANCE REGARDING PATENT AND CPYRIGHT INFRINGEMENT (AUG 1996)

[ ] 52.227-3 PATENT INDEMNITY (APR 1984)

[ ] 52.227-3 PATENT INDEMNITY (APR 1984) ALTERNATE I (APR 1984)

    (c) This patent indemnification shall not apply to the following items:

    _____

    _____

    _____

[ ] 52.228-14 IRREVOCABLE LETTER OF CREDIT (DEC 1999)

[ ] 52.229-3 FEDERAL, STATE, AND LOCAL TAXES (APR 2003)

[ ] 52.229-4 FEDERAL, STATE, AND LOCAL TAXES (STATE AND LOCAL ADJUSTMENTS) (APR 2003)

[ ] 52.229-6 TAXES--FOREIGN FIXED-PRICE CONTRACTS (JUN 2003)

[ ] 52.232-9 LIMITATION ON WITHHOLDING OF PAYMENTS (APR 1984)

[ ] 52.232-16 PROGRESS PAYMENTS (APR 2003)

[ ] 52.232-16 PROGRESS PAYMENTS (APR 2003) ALTERNATE II (APR 2003)

    Paragraph (o) $_____(limit on amount of unliquidated progress payments)

[ ] 52.232-16 PROGRESS PAYMENTS (APR 2003) ALTERNATE III (APR 2003)

[ ] 52.232-18 AVAILABILITY OF FUNDS (APR 1984)

[X] 52.232-25 PROMPT PAYMENT (OCT 2003)



# DEFENSE LOGISTICS AGENCY
DEFENSE SUPPLY CENTER PHILADELPHIA
700 ROBBINS AVENUE
PHILADELPHIA, PENNSYLVANIA 19111-5092

**DSCP-FQDA (Mara Cremen, X8094)**

**TO: DSCP-T (Attn: Robert Baldino)**

**SUBJECT: Request for Allocation**
**UNICOR, Federal Prison Industries, Inc.**

1. Purchase Request IQC07261009002 (Solicitation SPM1C1-07-R-0214) has been received by this office:

| TERM | ITEM | NSN | QTY |
|------|------|-----|-----|
| Base Year | Advance Combat Helmet, | 8470-01-529-6302(s) | 100,000 MIN |
| (24-month) | Foliage Green, One Hole | | 600,000 MAX |

2. The item(s) are to be manufactured in accordance with Purchase Description CO/PD-05-04, dated October 30, 2007.

3. First Articles shall be inspected for visual, dimensional and ballistic testing in accordance with CO/PD-05-07, dated October 30, 2007. See attached solicitation for additional information.

4. Production Lead Time (PLT) is 150 days at a rate of 25,000 each per month.

5. Deliveries will be to both New Cumberland, PA and Tracy, CA.

6. FOB Destination. Inspection/Acceptance @ Origin.

7. Enclosed is a copy of the Purchase Description (PD) and applicable drawings for the item(s) which will be incorporated into subject contract for award. Please forward these to FPI.

8. I request that you obtain a Clearance/Allocation by close of business on Monday, November 19, 2007.

9. If further information is required, please contract the Contract Specialist, Mara Cremen on extension 8094 or the Contracting Officer, Michelle Duffy on extension 8090.

Michelle Duffy
Contracting Officer

1

SECTION I

| REF. NO. DOC. BEING CONT'D |
|---|

[ ] 52.219-27 NOTICE OF TOTAL SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS SET-ASIDE (MAY 2004)

[ ] 52.222-1 NOTICE TO THE GOVERNMENT OF LABOR DISPUTES (FEB 1997)

[ ] 52.222-3 CONVICT LABOR (JUN 2003)

[X] 52.222-19 CHILD LABOR – COOPERATION WITH AUTHORITIES AND REMEDIES (JAN 2006)

[X] 52.222-20 WALSH-HEALEY PUBLIC CONTRACTS ACT (DEC 1996)

[X] 52.222-21 PROHIBITION OF SEGREGATED FACILITIES (FEB 1999)

[X] 52.222-26 EQUAL OPPORTUNITY (APR 2002)

[ ] 52.222-29 NOTIFICATION OF VISA DENIAL (JUN 2003)

[X] 52.222-35 EQUAL OPPORTUNITY FOR SPECIAL DISABLED VETERANS, VETERANS OF THE VIETNAM ERA, AND OTHER ELIGIBLE VETERANS (DEC 2001)

[X] 52.222-36 AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES (JUN 1998)

[X] 52.222-37 EMPLOYMENT REPORTS ON DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (DEC 2001)

[X] 52.222-38 COMPLIANCE WITH VETERANS' EMPLOYMENT REPORTING REQUIREMENTS (DEC 2001)

[X] 52.222-39 NOTIFICATION OF EMPLOYEE RIGHTS CONCERNING PAYMENT OF UNION DUES OR FEES (DEC 2004)

[X] 52.223-6 DRUG-FREE WORKPLACE (MAY 2001)

[ ] 52.223-9 ESTIMATE OF PERCENTAGE OF RECOVERED MATERIAL CONTENT FOR EPA-DESEGNATED PRODUCTS (AUG 2000)

[ ] 52.223-9 ESTIMATE OF PERCENTAGE OF RECOVERED MATERIAL CONTENT FOR EPA-DESEGNATED PRODUCTS (AUG 2000) ALTERNATE I (APR 1996)

[X] 52.223-14 TOXIC CHEMICAL RELEASE REPORTING (AUG 2003)

[X] 52.227-1 AUTHORIZATION AND CONSENT (JUL 1995)

[X] 52.227-2 NOTICE AND ASSISTANCE REGARDING PATENT AND CPYRIGHT INFRINGEMENT (AUG 1996)

[ ] 52.227-3 PATENT INDEMNITY (APR 1984)

[ ] 52.227-3 PATENT INDEMNITY (APR 1984) ALTERNATE I (APR 1984)

      (c) This patent indemnification shall not apply to the following items:

_____

[ ] 52.228-14 IRREVOCABLE LETTER OF CREDIT (DEC 1999)

[X] 52.229-3 FEDERAL, STATE, AND LOCAL TAXES (APR 2003)

[ ] 52.229-4 FEDERAL, STATE, AND LOCAL TAXES (STATE AND LOCAL ADJUSTMENTS) (APR 2003)

[ ] 52.229-6 TAXES--FOREIGN FIXED-PRICE CONTRACTS (JUN 2003)

[ ] 52.232-9 LIMITATION ON WITHHOLDING OF PAYMENTS (APR 1984)

| AWARD/CONTRACT | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) | RATING DOC-9 | PAGE 1 | OF | PAG 16 |
|---|---|---|---|---|---|

| 2. CONTRACT (Proc. Inst. Ident.) NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUEST/PROJECT NO. |
|---|---|---|
| SP0100-03-D-EC69 | 2003 Sep 10 | |

| 5. ISSUED BY | CODE | SP0100 |
|---|---|---|

DEFENSE SUPPLY CTR. PHILA.
700 ROBBINS AVE., BLDG. 6/C&T/COES
PHILA., PA 19111

BUYER: MIKE SPINELLI 215.737.8105

| 6. ADMINISTERED BY (If other than Item 5) | CODE | S2404A |
|---|---|---|

DCMC BALTIMORE
ATTN: CHESAPEAKE
217 E. RED WOOD ST., SUITE 1800
BALTIMORE, MD 21202-8299

7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and ZIP Code)

UNICOR, FPI
ELECTRONICS MFG. AND PLASTICS PROGRAM
320 1ST ST., NW
WASHINGTON, DC 20534

CODE 90142     FACILITY CODE

8. DELIVERY
[X] FOB ORIGIN     [ ] OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT

NET 30

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN:
ITEM
SEE BLK 12

| 11. SHIP TO/MARK FOR | CODE |
|---|---|

SEE INDIVIDUAL DELIVERY ORDERS

| 12. PAYMENT WILL BE MADE BY | CODE | SCO100 |
|---|---|---|

DFAS COLUMBUS CTR.
ATTN: DFAS-CO-FVSCBA
PO BOX 182317
COLUMBUS, OHIO 43218-6248

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
[X] 10 USC 2304(c) ( )     [ ] 41 USC 253(c) ( )

14. ACCOUNTING AND APPROPRIATION DATA

SEE INDIVIDUAL DELIVERY ORDERS

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | THIS IS AN INDEFINITE QUANTITY FIRM FIXED PRICE CONTRACT (IDTC) | | | | |

15G. TOTAL AMOUNT OF CONTRACT

16. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| | A | SOLICITATION/CONTRACT FORM | | | I | CONTRACT CLAUSES | |
| | B | SUPPLIES OR SERVICES AND PRICES/COST | | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| | C | DESCRIPTION/SPECS./WORK STATEMENT | | | J | LIST OF ATTACHMENTS | |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| | E | INSPECTION AND ACCEPTANCE | | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| | F | DELIVERIES OR PERFORMANCE | | | | | |
| | G | CONTRACT ADMINISTRATION DATA | | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| | H | SPECIAL CONTRACT REQUIREMENTS | | | M | EVALUATION FACTORS FOR AWARD | |

*CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE*

17. [ ] CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return _____ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. [ ] AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number SP0100-03-Q-UNISP2 DTD 12AUG03, including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

| 19A. NAME AND TITLE OF SIGNER (Type or print) | 20A. NAME OF CONTRACTING OFFICER |
|---|---|
| | DANIEL PRICE |

| 19B. NAME OF CONTRACTOR | 19C. DATE SIGNED | 20B. UNITED STATES OF AMERICA | 20C. DATE SIGNED |
|---|---|---|---|
| BY _____ (Signature of person authorized to sign) | | BY _____ (Signature of Contracting Officer) | 2003 Sep 10 |

N 7540-01-152-8069
PREVIOUS EDITION UNUSABLE
26-107
Per FORM (DLA)
STANDARD FORM 26 (REV. 4-85)(EG)
Prescribed by GSA

52.252-2  CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://www.dla.mil/j-3/j-336/icps.htm

52.252-6  AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984)

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation or contract of any Defense FAR Supplement (48 CFR Chapter 2) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

The FAR provisions/clauses listed below are incorporated by reference only, when checked.

[ ] 52.208-9  CONTRACTOR USE OF MANDATORY SOURCES OF SUPPLY (FEB 2002)

[X] 52.211-15  DEFENSE PRIORITY AND ALLOCATION REQUIREMENTS (SEP 1990)

[ ] 52.214-26  AUDIT AND RECORDS--SEALED BIDDING  (OCT 1997)

[ ] 52.214-27  PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA--MODIFICATIONS--SEALED BIDDING (OCT 1997)

[ ] 52.214-28  SUBCONTRACTOR COST OR PRICING DATA-- MODIFICATIONS--SEALED BIDDING (OCT 1997)

[ ] 52.214-29  ORDER OF PRECEDENCE - SEALED BIDDING (JAN 1986)

[ ] 52.217-2  CANCELLATION UNDER MULTIYEAR CONTRACTS (OCT 1997)

[ ] 52.217-6  OPTION FOR INCREASED QUANTITY (MAR 1989)

       Insert "the time specified in paragraph (c) of clause 52.217-9P08."

[ ] 52.217-7  OPTION FOR INCREASED QUANTITY--SEPARATELY PRICED LINE ITEM (MAR 1989)

       Insert "the time specified in paragraph (c) of clause 52.217-9P08."

[ ] 52.219-3  NOTICE OF TOTAL HUBZONE SET-ASIDE (JAN 1999)

[ ] 52.219-4  NOTICE OF PRICE EVALUATION PREFERENCE FOR HUBZONE SMALL BUSINESS CONCERNS (JAN 1999)

[X] 52.219-6  NOTICE OF TOTAL SMALL BUSINESS SET-ASIDE (JUL 1996)

[ ] 52.219-6  NOTICE OF TOTAL SMALL BUSINESS SET-ASIDE (JUL 1996) ALTERNATE I (OCT 1995)

[X] 52.219-8  UTILIZATION OF SMALL BUSINESS CONCERNS (OCT 2000)

[ ] 52.219-9  SMALL BUSINESS SUBCONTRACTING PLAN (JAN 2002)

[ ] 52.219-9  SMALL BUSINESS SUBCONTRACTING PLAN (JAN 2002) ALTERNATE I (OCT 2000)

[ ] 52.219-9  SMALL BUSINESS SUBCONTRACTING PLAN  (JAN 2002) ALTERNATE II (OCT 2000)

[X] 52.219-14  LIMITATIONS ON SUBCONTRACTING (DEC 1996)

[ ] 52.219-16  LIQUIDATED DAMAGES - SUBCONTRACTING PLAN  (JAN 1999)

[ ] 52.222-1  NOTICE TO THE GOVERNMENT OF LABOR  DISPUTES (FEB 1997)

[ ] 52.222-3  CONVICT LABOR (AUG 1996)

[X] 52.222-19  CHILD LABOR – COOPERATION WITH AUTHORITIES AND REMEDIES (SEP 2002)

[X] 52.222-20  WALSH-HEALEY PUBLIC CONTRACTS ACT (DEC 1996)

| **SOLICITATION AND OFFER** | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | RATING | PAGE 1 OF 79 PAGE(S) |
|---|---|---|---|

| 2. SOLICITATION NUMBER SPO SPM1C1-07-R-0137 | 3. TYPE OF SOLICITATION ☐ SEALED BID *(IFB)*  ☒ NEGOTIATED | 4. DATE ISSUED 07/03/07 | 5. REQUISITION/PURCHASE REQ NO. IQC07128009009 |
|---|---|---|---|

| 6. ADDRESS MAILED OFFER TO: | CODE SPO | 7. DELIVER HANDCARRIED OFFER, INCLUDING DELIVERY BY COMMERCIAL CARRIER, TO: |
|---|---|---|
| DEFENSE LOGISTICS AGENCY DEFENSE SUPPLY CENTER PHILADELPHIA PO BOX 56667 PHILADELPHIA, PA 19111-6667 | | DEFENSE SUPPLY CENTER PHILADELPHIA BUSINESS OPPORTUNITIES OFFICE BLDG. 36, 2ND FLOOR PHILADELPHIA, PA 19111-5092 |

| 6A. FOR INFORMATION CALL *(No Collect Calls)*  DANIEL PRICE, 215-737-8101 | 7A. ADDRESS ELECTRONIC TRANSMISSIONS WHEN AUTHORIZED To: |
|---|---|

6B. PURCHASING AGENT:

CONTRACTING OFFICER: MICHELLE DUFFY

OFFICE SYMBOL:

## SOLICITATION

8. Sealed offers will be received at the Defense Supply Center Philadelphia, Business Opportunities Office, Bldg. 36-2-S, until *(hour)* 3:00P local time *(date)* 09/04/07 . To assure prompt delivery, mailed offers should be addressed per block 6, electronic transmissions per block 7A, and handcarried offers delivered to the specific location set forth in block 7. If offering, your reply envelope must be plainly marked with the solicitation number, date, and time set forth for receipt of offers.

CAUTION:
FAILURE TO SUBMIT OFFER: When not responding to the solicitation with an offer, complete the reverse side, fold, affix postage and mail. If the solicitation is a sealed bid, see the provision at 52.214-9 in Section L. LATE SUBMISSIONS, MODIFICATIONS AND WITHDRAWALS: See Section L, provision 52.214-7 if the solicitation is a sealed bid.

**8A. NOTICE: ANY CONTRACT AWARDED TO A CONTRACTOR WHO, AT THE TIME OF AWARD WAS SUSPENDED, DEBARRED, INELIGIBLE FOR RECEIPT OF CONTRACTS WITH GOVERNMENT AGENCIES OR IN RECEIPT OF A NOTICE OF PROPOSED DEBARMENT FROM ANY GOVERNMENT AGENCY, IS VOIDABLE AT THE OPTION OF THE GOVERNMENT.**

9. THIS SOLICITATION IS FOR _____ AND IS

- ☐ HubZone Small Business Set-Aside
- ☐ Price Evaluation Preference
- ☐ Total Set Aside for SDB Concerns
- ☐ Total Set-Aside for Small Business Concerns
- ☐ Partial Set-Aside for Small Business Concerns with Preferential Consideration for SDB Concerns
- ☐ Unrestricted Acquisition with Evaluation Preference for SDB Concerns
- ☒ Unrestricted Acquisition

## OFFER *(MUST BE FULLY COMPLETED BY OFFEROR)*

NOTE: ITEM 10 DOES NOT APPLY IF THE SOLICITATION INCLUDES SECTION K PROVISION NO. 52.214-16, MINIMUM BID ACCEPTANCE PERIOD

10. In compliance with the above, the undersigned agrees, if this offer is accepted within 180 calendar days *(60 calendar days unless a different period is inserted by the offeror)* from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 11. DISCOUNT FOR PROMPT PAYMENT *(See Section I , Clause No. 52.232-8)* | 10 CALENDAR DAYS % | 20 CALENDAR DAYS % | 30 CALENDAR DAYS % | CALENDAR DAYS % |
|---|---|---|---|---|

| 12. ACKNOWLEDGMENT OF AMENDMENTS *(The offeror acknowledges receipt of amendments to the Solicitation for offers and related documents numbered and dated)* | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|

| 13. CAGE CODE | FACILITY CODE |
|---|---|

NAME AND
ADDRESS OF OFFEROR
*(Street, City, County,
State and Zip Code)*

AREA CODE AND TELEPHONE NO.

☐ Check if remittance address is different from above. Enter such address in schedule *(see DSCP Provision 52.242-9P18)*.

14. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

| 15. SIGNATURE | 16. OFFER DATE |
|---|---|

**DSCP FORM 33, JULY 2003**            EDITION FEB 1998 OBSOLETE.

## SECTION I

REF. NO. DOC. BEING CONT'D

[ ] 52.222-3 CONVICT LABOR (JUN 2003)

[X] 52.222-19 CHILD LABOR – COOPERATION WITH AUTHORITIES AND REMEDIES (JAN 2006)

[X] 52.222-20 WALSH-HEALEY PUBLIC CONTRACTS ACT (DEC 1996)

[X] 52.222-21 PROHIBITION OF SEGREGATED FACILITIES (FEB 1999)

[X] 52.222-26 EQUAL OPPORTUNITY (APR 2002)

[ ] 52.222-29 NOTIFICATION OF VISA DENIAL (JUN 2003)

[X] 52.222-35 EQUAL OPPORTUNITY FOR SPECIAL DISABLED VETERANS, VETERANS OF THE VIETNAM ERA, AND OTHER ELIGIBLE VETERANS (DEC 2001)

[X] 52.222-36 AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES (JUN 1998)

[X] 52.222-37 EMPLOYMENT REPORTS ON DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (DEC 2001)

[X] 52.222-38 COMPLIANCE WITH VETERANS' EMPLOYMENT REPORTING REQUIREMENTS (DEC 2001)

[X] 52.222-39 NOTIFICATION OF EMPLOYEE RIGHTS CONCERNING PAYMENT OF UNION DUES OR FEES (DEC 2004)

[X] 52.223-6 DRUG-FREE WORKPLACE (MAY 2001)

[ ] 52.223-9 ESTIMATE OF PERCENTAGE OF RECOVERED MATERIAL CONTENT FOR EPA-DESIGNATED PRODUCTS (AUG 2000)

[ ] 52.223-9 ESTIMATE OF PERCENTAGE OF RECOVERED MATERIAL CONTENT FOR EPA-DESEGNATED PRODUCTS (AUG 2000) ALTERNATE I (APR 1996)

[X] 52.223-14 TOXIC CHEMICAL RELEASE REPORTING (AUG 2003)

[X] 52.227-1 AUTHORIZATION AND CONSENT (JUL 1995)

[X] 52.227-2 NOTICE AND ASSISTANCE REGARDING PATENT AND CPYRIGHT INFRINGEMENT (AUG 1996)

[ ] 52.227-3 PATENT INDEMNITY (APR 1984)

[ ] 52.227-3 PATENT INDEMNITY (APR 1984) ALTERNATE I (APR 1984)

> (c) This patent indemnification shall not apply to the following items:

_____

[ ] 52.228-14 IRREVOCABLE LETTER OF CREDIT (DEC 1999)

[X ] 52.229-3 FEDERAL, STATE, AND LOCAL TAXES (APR 2003)

[ ] 52.229-4 FEDERAL, STATE, AND LOCAL TAXES (STATE AND LOCAL ADJUSTMENTS) (APR 2003)

[ ] 52.229-6 TAXES--FOREIGN FIXED-PRICE CONTRACTS (JUN 2003)

[ ] 52.232-9 LIMITATION ON WITHHOLDING OF PAYMENTS (APR 1984)

[ ] 52.232-16 PROGRESS PAYMENTS (APR 2003)

[ ] 52.232-16 PROGRESS PAYMENTS (APR 2003) ALTERNATE II (APR 2003)

> Paragraph (o) $_____(limit on amount of unliquidated progress payments)

[ ] 52.232-16 PROGRESS PAYMENTS (APR 2003) ALTERNATE III (APR 2003)

[ ] 52.232-18 AVAILABILITY OF FUNDS (APR 1984)

[X] 52.232-25 PROMPT PAYMENT (OCT 2003)

LP-I-1, JAN 06          EDITION LP-I-1, NOV 05 OBSOLETE          PAGE 2 of 3 PAGES

| AWARD/CONTRACT | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) | RATING DOC-9 | PAGE OF PAGES 1 / 97 |
|---|---|---|---|

| 2. CONTRACT (Proc. Inst. Ident.) NO. SPM1C1-07-D-0029 | 3. EFFECTIVE DATE 2007 Jan 31 | 4. REQUISITION/PURCHASE REQUEST/PROJECT NO. |
|---|---|---|

| 5. ISSUED BY | CODE | SP0100 | 6. ADMINISTERED BY (If other than Item 5) | CODE | S2404A |
|---|---|---|---|---|---|

5. ISSUED BY
DEFENSE SUPPLY CTR. PHILA.
700 ROBBINS AVE., BLDG. 6/C&T/FQDA
PHILA., PA 19111

BUYER: MIKE SPINELLI / 215.737.8105

6. ADMINISTERED BY
DCMA BALTIMORE
ATTN: CHESAPEAKE
217 E. RED WOOD ST., SUITE 1800
BALTIMORE, MD 21202-8299

7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and ZIP Code)

UNICOR, FPI
ELECTRONICS MFG. & PLASTICS PROGRAM
320 1ST ST., NW
WASH., DC 20534

| 8. DELIVERY |
|---|
| ☒ FOB ORIGIN    ☐ OTHER (See below) |

9. DISCOUNT FOR PROMPT PAYMENT

NET 30

10. SUBMIT INVOICES
(4 copies unless otherwise specified)
ADDRESS SHOWN IN:

ITEM
SEE LK 12

| CODE 90142 | FACILITY CODE |
|---|---|

| 11. SHIP TO/MARK FOR | CODE | 12. PAYMENT WILL BE MADE BY | CODE | SL4701 |
|---|---|---|---|---|

SEE DELIVERY ORDERS

12. PAYMENT WILL BE MADE BY
DFAS-BSM
PO BOX 369031
COLUMBUS, OH 43236-9031

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:

☒ 10 USC 2304(c) (    )    ☐ 41 USC 253(c) (    )

14. ACCOUNTING AND APPROPRIATION DATA

SEE DELIVERY ORDERS

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | THIS IS AN INDEFINITE QTY. FIRM FIXED PRICE CONTRACT (IDTC) | | | | |

15G. TOTAL AMOUNT OF CONTRACT    $

16. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| | A | SOLICITATION/CONTRACT FORM | | | I | CONTRACT CLAUSES | |
| | B | SUPPLIES OR SERVICES AND PRICES/COST | | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| | C | DESCRIPTION/SPECS/WORK STATEMENT | | | J | LIST OF ATTACHMENTS | |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| | E | INSPECTION AND ACCEPTANCE | | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| | F | DELIVERIES OR PERFORMANCE | | | | | |
| | G | CONTRACT ADMINISTRATION DATA | | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| | H | SPECIAL CONTRACT REQUIREMENTS | | | M | EVALUATION FACTORS FOR AWARD | |

CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

| 17. ☐ CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ____ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.) | 18. ☐ AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number UNICOR Quote FPI8470-97 dtd 10/27/06 including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary. |
|---|---|

| 19A. NAME AND TITLE OF SIGNER (Type or print) | | 20A. NAME OF CONTRACTING OFFICER DANIEL PRICE |
|---|---|---|
| 19B. NAME OF CONTRACTOR | 19C. DATE SIGNED | 20B. UNITED STATES OF AMERICA | 20C. DATE SIGNED 2007 Jan 31 |
| BY (Signature of person authorized to sign) | | BY (Signature of Contracting Officer) | |

NSN 7540-01-152-8069
PREVIOUS EDITION UNUSABLE

26-107
PerFORM IDCAI

STANDARD FORM 26 (REV. 4-85/EG)
Prescribed by GSA
FAR (48 CFR) 53.214(a)

UNICOR, FPI

NSN'S AND CONTRACT LINES/SUBLINE NO.(S): SEE SECTION F, DELIVERY
SCHEDULE

Helmet, Ground Troops, Parachutists Helmet, PASGT
NSN: 8470-01-092-7527(s), 8470-01-529-6530(s)

|  | MINIMUM | MAXIMUM | U/P |
|---|---|---|---|
| BASE YEAR | 87,100 | 350,000 | $128.45 |
|  |  |  | FOB Origin |

DESTINATIONS WILL BE ASSIGNED ON EACH DELIVERY ORDER

ACCELERATION OF DELIVERIES IS PERMITTED AT NO ADDITIONAL COST TO THE
GOVERNMENT.

ORDERING

SUPPLIES TO BE FURNISHED UNDER THIS CONTRACT SHALL BE ORDERED BY THE
ISSUANCE OF DELIVERY ORDERS BY THE CONTRACTING OFFICER, DEFENSE
SUPPLY CENTER PHILA.

EACH ORDER SHALL CONTAIN THE FOLLOWING INFORMATION:

1. DATE OF AWARD
2. CONTRACT NUMBER AND ORDER NUMBER
3. ACCOUNTING AND APPROPRIATION DATA
4. ITEM, SUB-ITEM OR LOT NUMBER (AS APPLICABLE), ITEM
   QUANTITY ORDERED, DESTINATION AND CONTRACT PRICE.
5. INSPECTION, DELIVERY, INVOICE AND PAYMENT PROVISIONS
   TO THE EXTENT NOT COVERED BY THE BASIC CONTRACT.

[ ] 52.222-3 CONVICT LABOR (JUN 2003)

[X] 52.222-19 CHILD LABOR – COOPERATION WITH AUTHORITIES AND REMEDIES (JAN 2006)

52.222-20 WALSH-HEALEY PUBLIC CONTRACTS ACT (DEC 1996)

[X] 52.222-21 PROHIBITION OF SEGREGATED FACILITIES (FEB 1999)

[X] 52.222-26 EQUAL OPPORTUNITY (APR 2002)

52.222-29 NOTIFICATION OF VISA DENIAL (JUN 2003)

52.222-35 EQUAL OPPORTUNITY FOR SPECIAL DISABLED VETERANS, VETERANS OF THE VIETNAM ERA, AND OTHER ELIGIBLE VETERANS (DEC 2001)

52.222-36 AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES (JUN 1998)

52.222-37 EMPLOYMENT REPORTS ON DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (DEC 2001)

52.222-38 COMPLIANCE WITH VETERANS' EMPLOYMENT REPORTING REQUIREMENTS (DEC 2001)

52.222-39 NOTIFICATION OF EMPLOYEE RIGHTS CONCERNING PAYMENT OF UNION DUES OR FEES (DEC 2004)

52.223-6 DRUG-FREE WORKPLACE (MAY 2001)

[ ] 52.223-9 ESTIMATE OF PERCENTAGE OF RECOVERED MATERIAL CONTENT FOR EPA-DESEGNATED PRODUCTS (AUG 2000)

OR

[ ] 52.223-9 ESTIMATE OF PERCENTAGE OF RECOVERED MATERIAL CONTENT FOR EPA-DESEGNATED PRODUCTS (AUG 2000) ALTERNATE I (APR 1996)

[ ] 52.223-14 TOXIC CHEMICAL RELEASE REPORTING (AUG 2003)

[ ] 52.227-1 AUTHORIZATION AND CONSENT (JUL 1995)

[ ] 52.227-2 NOTICE AND ASSISTANCE REGARDING PATENT AND CPYRIGHT INFRINGEMENT (AUG 1996)

[ ] 52.227-3 PATENT INDEMNITY (APR 1984)

[ ] 52.227-3 PATENT INDEMNITY (APR 1984) ALTERNATE I (APR 1984)

(c) This patent indemnification shall not apply to the following items:

_____

_____

_____

_____

[ ] 52.228-14 IRREVOCABLE LETTER OF CREDIT (DEC 1999)

[ ] 52.229-3 FEDERAL, STATE, AND LOCAL TAXES (APR 2003)

[ ] 52.229-4 FEDERAL, STATE, AND LOCAL TAXES (STATE AND LOCAL ADJUSTMENTS) (APR 2003)

[ ] 52.229-6 TAXES--FOREIGN FIXED-PRICE CONTRACTS (JUN 2003)

[ ] 52.232-9 LIMITATION ON WITHHOLDING OF PAYMENTS (APR 1984)

[ ] 52.232-16 PROGRESS PAYMENTS (APR 2003)

[ ] 52.232-16 PROGRESS PAYMENTS (APR 2003) ALTERNATE II (APR 2003)

Paragraph (o) $_____(limit on amount of unliquidated progress payments)

[ ] 52.232-16 PROGRESS PAYMENTS (APR 2003) ALTERNATE III (APR 2003)

[ ] 52.232-18 AVAILABILITY OF FUNDS (APR 1984)

[X] 52.232-25 PROMPT PAYMENT (OCT 2003)

The following time frames apply to the fill-ins contained in this clause:

   Para (a)(5)(i): 7th day

   Para (b)(1): 7th day for progress payments and 14thday for interim payments on cost type contracts.

[X] 52.232-33 PAYMENT BY ELECTRONIC FUNDS TRANSFER – CENTRAL CONTRACTOR REGISTRATION (OCT 2003)

[ ] 52.232-36 PAYMENT BY THIRD PARTY (MAY 1999)

[ ] 52.239-1 PRIVACY OR SECURITY SAFEGUARDS (AUG 1996)

[ ] 52.242-2 PRODUCTION PROGRESS REPORTS (APR 1991)

[ ] 52.244-2 SUBCONTRACTS (COST-REIMBURSEMENT AND LETTER CONTRACTS) (AUG 1998) ALTERNATE I (JAN 2006)

[ ] 52.245-2 GOVERNMENT PROPERTY (FIXED-PRICE CONTRACTS) (MAY 2004)

[ ] 52.245-2 GOVERNMENT PROPERTY (FIXED-PRICE CONTRACTS) (MAY 2004) ALTERNATE I (APR 1984) (DEVIATION)

[ ] 52.245-4 GOVERNMENT-FURNISHED PROPERTY (SHORT FORM) (JUN 2003)

[ ] 52.245-17 SPECIAL TOOLING (MAY 2004)

[ ] 52.246-23 LIMITATION OF LIABILITY (FEB 1997)

[ ] 52.246-24 LIMITATION OF LIABILITY-HIGH VALUE ITEMS (FEB 1997)

[ ] 52.246-24 LIMITATION OF LIABILITY-HIGH VALUE ITEMS (FEB 1997) ALTERNATE I (APR 1984)

[ ] 52.247-1 COMMERCIAL BILL OF LADING NOTATIONS (APR 1984)

[ ] 52.248-1 VALUE ENGINEERING (FEB 2000) ALTERNATE III (APR 1984)

NOTE: In accordance with DSCP VECP program requirements, a VECP will not be considered if it is the subject of a similar proposal submitted by another contractor or if the Government is independently pursuing a similar engineering change.

[ ] 52.251-1 GOVERNMENT SUPPLY SOURCES (APR 1984)

[ ] 52.253-1 COMPUTER GENERATED FORMS (JAN 1991)

**The DFARS clause listed below is incorporated by reference only when checked.**

[ ] 252.229-7011 REPORTING OF FOREIGN TAXES – U.S. ASSISTANCE PROGRAMS (SEP 2005)

**The following Defense Logistics Agency Directive (DLAD) clause is incorporated in full text and is applicable only when checked:**

[ ] 52.232-9000 PROGRESS PAYMENT DATA (AUG 2005)

If this solicitation, award, or order contains 52.232-16, Progress Payments, the following additional terms and conditions apply when selected:

    [ ] The liquidation rate for progress payments applicable to this contract is _____%.

    [ ] Stocking up Process. Progress payments shall apply only for costs incurred in the "stocking up process" as set forth elsewhere in this solicitation/contract, and will be limited to an amount computed by multiplying the guaranteed minimum quantity for each line item by the corresponding liquidation rate.

    [ ] Unusually large order. Progress payments may be authorized at the sole discretion of the Contracting Officer when the Contractor is required to engage in a "stocking up process" of __ __ __ days or more as the result of an unusually large order.